UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PEKIN INSURANCE CO. as subrogee of DONALD and LYDIA LEVEQUE, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 1:13-cv-02048 ) ) |
| MIDLAND RADIO CORPORATION, | ) Hon. Judge Baker ) |
| Defendant. | ) ORAL ARGUMENT REQUESTED ) |

**PLAINTIFF'S MOTION TO EXCEED THE PAGE LIMIT FOR ITS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE PLAINTIFF'S EXPERT WITNESS TESTIMONY**

Plaintiff, PEKIN INSURANCE CO. as subrogee of DONALD and LYDIA LEVEQUE (hereinafter "Pekin"), by and through its undersigned counsel, submits this Motion to Exceed the Page Limit for a Memorandum of Law. In support of its Motion, Plaintiff states as follows:

1. Local Rule 7.1(B)(4)(a) mandates that a Memorandum in Opposition to a Motion must be double-spaced and must not exceed 15 pages in length.

2. Defendant's Motion is an attempt to bar the testimony of two experts under the decision in *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993), and enumerates multiple reasons why Defendant feels the subject testimony should be excluded. Defendant's Motion numbered 29 pages in length, and in order to adequately address all the issues raised therein, Plaintiff was forced to exceed the 15 page limit.

3. Plaintiff's counsel attempted to condense the Memorandum as much as possible, but due to the complex nature of the case and the number of issues raised in the Motion, Plaintiff's Memorandum of Law exceeds 15 pages.

4. Plaintiff needs a total of 28 pages in order to properly address all the issues raised in Defendant's Motion.

5. Given that Defendant's Motion was 29 pages in length, no party will be prejudiced by a grant of this Motion, and doing so will allow this Court to adequately consider all the issues raised in the related pleadings.

WHEREFORE, Plaintiff PEKIN INSURANCE CO. as subrogee of DONALD and LYDIA LEVEQUE, respectfully requests that this Honorable Court grant its Motion to Exceed the Page Limit for a Memorandum of Law.

                            Respectfully submitted,

                            PEKIN INSURANCE CO. as subrogee of DONALD and LYDIA LEVEQUE,

                            By:     /s/ Russell M. Barnett
                                    One of Plaintiff's attorneys

Russell M. Barnett - 6224426
Esp Kreuzer Cores, LLP
400 S. County Farm Rd., Ste. 200
Wheaton, Illinois  60187
Phone:  630.344.6553
Fax:  630.871.0224

CERTIFICATE OF SERVICE

    I, Russell M. Barnett, an attorney, certify that on July 17, 2014, the foregoing Motion to Exceed Page Limit was filed electronically with the Clerk of the Court using the ECF system. A copy of the instant document will be sent automatically to all attorneys of record.

                /s/ Russell M. Barnett
                Russell M. Barnett