

**Kankakee County**

258 E. Brookmont Blvd • Kankakee, Illinois 60901 • (815) 935-0077 • (815) 935-1301

December 22, 2011

Re: Claim X43856 – Leveque

Tom,

Our removal of unsalvageable items took place on December 8th at which time the dining room was "disturbed". I've questioned my staff on who may have removed the tape and none can remember if it was up or down during that debris removal. There are all sorts of possibilities that could explain the tape being down. It may have been snapped during our initial pack out service between the 2nd – 6th of December. Again, we don't know when or how it got knocked down.

They were instructed to leave the "source area" undisturbed by me. I considered the "source area" to be the dining room area too but that was my interpretation. In fact, the "fire source" was directly in front of the window where the radio was plugged in and to my knowledge was left untouched. Considering the investigator took the items he considered to be part of the investigation on December 19th. The other items that were removed should have no bearing on or hinder a determination of the fire's actual cause. That's still no excuse for what happened

Admittedly, I'm as upset as anyone that the dining room was disturbed and can only assume that somehow someone from my staff or me knocked down the caution tape. The two employees doing the actual debris removal were Larry Matteson and Marquise Boyd on December 8th and I periodically checked in on them that afternoon. Ultimately, I was the last one in the house that morning. Just in case, I'll bring this matter to our insurance company's attention here after the holiday and explain what happened. If your investigator determines we removed items that directly may have been the cause of the fire at the Leveque home, then we can discuss that issue when it arises.

Recognizing how important subrogation is nowadays. I can assure you that we'll be as up front as possible and help out however we can. I had a long talk with my staff after our conversation about the importance of following directions and being more careful when it comes to fire scenes and caution tape that may be up in a home. It seems so simply to me and you but again, I just don't understand what happened and hope it works out for the best.

Bobby Nichols

Owner/Operator

Like it never even happened.
Independently Owned and Operated