E-FILED
Thursday, 17 July, 2014  06:31:28 PM
Clerk, U.S. District Court, ILCD



Rimkus Consulting Group, Inc.
999 Oakmont Plaza Dr., Suite 550
Westmont, IL 60559
(866) 746-5871 Telephone
(630) 321-1847 Facsimile

February 15, 2012

Mr. Brent Baxter
Pekin Insurance Company
P.O. Box 1068
Warrenville, IL 60555-7068

Re:   Claim No: LAX43856
      Insured: Donald & Lydia Leveque
      Subject: **Report of Findings**
      RCG File No: 00908968

Dear Mr. Baxter:

Rimkus Consulting Group, Inc. was requested on November 28, 2011, to investigate the fire incident that occurred at 11 W. Circle Drive in St. Anne, Illinois. In the course of our work, we examined and documented the fire-damaged structure (residential), conducted an examination of the scene and interviewed witnesses on November 30, 2011. Our work to complete this assignment was performed by Fire Consultant, David A. Mager, IAAI-CFI.

While performing our investigation, we utilized the basic methodology of fire investigation and systematic approach recommended by the current edition of N.F.P.A. 921 – Guide for Fire and Explosion Investigations.

### Conclusions

1. The fire originated at the Midland Weather Alert radio, model WR100, located on the desk at the north wall of the dining room.

2. The cause of the fire was most probably an electrical failure on the main circuit board of the weather alert radio.

### Discussion

The burn patterns observed in the dining room were consistent with a fire originating on the desk at the north wall of the dining room. We observed heavy fire damage to the north wall and ceiling (**Photograph 1**). There was a window opening on the north wall. On either side of the window opening, approximately twelve inches up from the floor, we

February 15, 2012
RCG File No. 00908968
Page 2

observed a duplex receptacle. There was an AC adaptor power supply plugged into the receptacle on the west side of the window (**Photograph 2**). The transformer was heat damaged but mostly intact. Nothing was found plugged into the east receptacle.

In an interview with the insured, Donald Leveque stated that he and his family left for Florida on November 11, 2011. He was notified by the fire department of the fire by telephone on November 24, 2011. Mr. Leveque stated that no one was staying at the home while they were gone. He has owned the home for approximately 9 years and has not had any electrical problems. The only work done to the structure has been cosmetic. Mr. Leveque stated that the only electrical component plugged in on the north wall was a Midland Weather Alert radio, model WR 100 that was purchased approximately 2 years ago. Mr. Leveque indicated that the radio was always left with the power switch in the *on* position.

On December 19, 2011 we returned to the structure for a joint recovery of physical evidence. The north half of the dining room was gridded out. The fire debris and electrical components in each grid were collected and secured for examination at a later date.

On January 30, 2012 we conducted a joint destructive laboratory examination of the artifacts collected from the dining room. Rimkus electrical engineer John Diggle also participated in the laboratory examination.

We examined the remains of a circuit board that had been recovered from the area of origin (**Photograph 3**). The circuit board was loose and had sustained very heavy fire damage. Most of the components that had been on the board had become unsoldered due to exposure to heat from the fire and were no longer present. No power cord conductors were found attached to the circuit board. This circuit board was compared to the circuit board from an exemplar Midland model WR100 weather alert radio and it was confirmed that the two circuit boards were identical in shape and size (**Photograph 4**).

The AC adaptor power supply and power cord remains for the Midland weather alert radio were examined. The polymer enclosure around the AC adaptor was mostly intact. A portion of the polymer enclosure was removed and the internal components were visually examined. The transformer and other internal components from the power supply were found to be in relatively undamaged condition (**Photograph 5**). The AC adaptor had a pair of #24-AWG power cord conductors that extended out approximately 25½" to fractured ends. Most of the insulation on the power cord conductors was still intact and undamaged. No evidence of any arcing activity was observed on these conductors.

The two duplex receptacles from the north wall of the dining room exhibited only minor fire damage to the front faces. The branch circuit wiring attached to these receptacles

February 15, 2012
RCG File No. 00908968                                                                                          Page 3

was undamaged. No evidence of any causal failure related to the building electrical system was found.

The remains of a Polaroid brand digital picture frame were also examined. The digital picture frame exhibited only minor external fire damage and no evidence of any failure was found. It had been reported by the insured that this item was not plugged in at the time of the fire.

## Analysis

The weather alert radio was plugged in to an energized receptacle and was reported to be switched "*on*" at the time of the fire. No other ignition sources were found in the area of origin. It is our opinion, based on the observed pattern of fire damage and a systematic evaluation of the remaining physical evidence, and within a reasonable degree of fire science certainty, that the fire originated at the Midland model WR100 weather alert radio located on the desk at the north wall of the dining room. The polymer body of the radio was consumed by the fire and the main circuit board had sustained very heavy fire damage. The cause of the fire was most probably the result of an electrical failure on the radio's main circuit board. Due to the amount of fire damage to this circuit board, the precise components involved in the causal failure can not be determined.

Photographs taken during our work are retained in our files and are available to you upon request.

This report was prepared for the exclusive use of Pekin Insurance Company, and was not intended for any other purpose. Our report was based on the information available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted.

LEVEQUE 00043

February 15, 2012
RCG File No. 00908968                                                                                                  Page 4

Thank you for allowing us to provide this service. If you have any questions or need additional assistance, please call.

*THE ORIGINAL OF THIS REPORT, SIGNED AND SEALED BY THE PROFESSIONAL WHOSE NAME APPEARS ON THIS PAGE, IS RETAINED IN THE FILES OF RIMKUS CONSULTING GROUP, INC.*

Sincerely,
RIMKUS CONSULTING GROUP, INC.

David A. Mager, I.A.A.I.-C.F.I.
Fire Consultant

John H. Diggle III, P.E., CFEI
Illinois Engineering Number 062.059440
Senior Consultant

Attachments: Photographs, CVs

LEVEQUE 00044