

Rimkus
Consulting Group, Inc.
630-321-1846

# DAVID A. MAGER, CFI
# FIRE INVESTIGATOR

Mr. Mager is an International Association of Arson Investigators Certified Fire Investigator, Illinois State Fire Marshall Office Certified Fire Investigator, Certified Fire Officer II, Hazardous Materials Technician "B" and a Illinois Department of Public Health Certified Paramedic.

Mr. Mager has an extensive professional background in the areas of firefighting and fire investigations, and has investigated over two hundred fifty fires. His professional experience includes fire and explosion investigations, fire protection and detection system inspections as well as hazardous materials mitigations.

As an International Association of Arson Investigators Certified Instructor and a Certified Instructor II through the Illinois State Fire Marshall Office, Mr. Mager has conducted numerous live fire training exercises for Fire Fighters and Fire Investigators using authentic room furnishings as well as classes on fire behavior and evidence preservation.

Mr. Mager is a Deputy Chief and had been the Training Officer with the Midlothian, IL. Fire Department. He is an Assistant Team Leader for the Southwest Hazardous Materials Response Team and routinely responds to fire and hazardous materials incidents, investigates fires and conducts life safety inspections within the municipality.

## EDUCATION AND PROFESSIONAL ASSOCIATIONS

Certified Fire Investigator - Illinois State Fire Marshall Office
Certified Fire Investigator - International Association of Arson Investigators
Certified Instructor – International Association of Arson Investigators
Certified Fire Officer II – Illinois State Fire Marshall Office
Certified Hazardous Materials Technician "B" - Illinois State Fire Marshall Office
Certified Fire Department Incident Safety Officer – Illinois State Fire Marshall Office

Member of:   International Association of Arson Investigators
             International Association of Arson Investigators (Illinois Chapter)
             M.A.B.A.S. 22 Cause and Origin Team
             South Suburban Fire Investigation Task Force
             Southwest Hazardous Materials Response Team

## DAVID A. MAGER, C.F.I.

Illinois Association of Hazardous Materials Response Technicians and Specialists

### EMPLOYMENT HISTORY

2008 – Present          Rimkus Consulting Group, Inc.
1987 – Present          Midlothian Fire Department

### DETAILED PROFESSIONAL EXPERIENCE:

### RIMKUS CONSULTING GROUP, INC.                    2008 – PRESENT

Fire Investigator

Timely on scene investigation and analysis of fire and explosion incidents including origin and cause determination, analysis of products and circumstances surrounding the initiation of the fire and support to other engineering divisions within Rimkus Consulting Group.

### MIDLOTHIAN FIRE DEPARTMENT                      1987 – PRESENT

Deputy Chief                                                               2007 – Present

Responsible for the supervision of the personnel of the Midlothian Fire department both in day to day operations and on the emergency scene.  Is responsible for the managing of fire and emergency medical reports, recording and tracking of stats and training.

Fire Investigator                                                          2006 – Present

Responsible for overseeing investigators on the department and the origin and cause determination of all fires within the Village of Midlothian.

## DAVID A. MAGER, C.F.I.

<u>Hazardous Materials Officer</u>                                                                    1996 – Present

Responsible for the enforcement of hazardous materials ordinances within the Village of Midlothian. Are responsible for mitigation of any releases of hazardous materials within the village.

<u>Firefighter/Emergency Medical Technician</u>                                             1987 – 2007

Responsible for responding to all types of emergency situations.

## FIRE SERVICE CERTIFICATES

Certified Fire Investigator

Certified Fire Officer II

Certified Firefighter III

Certified Fire Instructor II

Fire Service Vehicle Operator

Hazardous Materials Incident Commander

Hazardous Materials Technician Level 'B'

Basic Concept of Terrorism

Incident Safety Officer

Fire Apparatus Engineer

Technical Rescue Awareness

## FIRE CLASSES ATTENDED

CFITrainer.net, 2014, NFPA 921 and 1033 2014 Editions: Important Revisions

CFITrainer.net, 2013, Fire Protection Systems

SSFITF 40 Hour Advanced Cause & Origin Training 3/13

CFITrainer.net, 2012, NFPA 1033 and Your Career

CFITrainer.net, 2012, DNA

CFITrainer.net, 2012, How First Responders Impact The Fire Investigation

**DAVID A. MAGER, C.F.I.**

CFITrainer.net, 2012, Electrical Safety

CFITrainer.net, 2012, Charleston Sofa Super Store Fire

SSFITF 40 Hour Advanced Cause & Origin Training 3/12

Vehicle Machinery Operations 11/11

CFITrainer.net, 2011, The Fire Investigator & the 2011 NFPA 921 Changes

CFITrainer.net, 2011, Search and Seizure

ATF 16 Hour Electrical Fire Investigations 3/11

SSFITF 40 Hour Advanced Cause & Origin Training 3/11

CFITrainer.net, 2011, Fundamentals of Residential Building Construction

SSFITF 40 Hour Advanced Cause & Origin Training 3/10

CFITrainer.net, 2010, The HAZWOPER Standard

CFITrainer.net, 2010, Investigating Fatal Fires

CFITrainer.net, 2010, Evidence Examination: What Happens at the Lab?

CFITrainer.net, 2010, An Analysis of the Station Nightclub Fire

Incident Safety Officer 2/09

IAAI Expert Witness Testimony Class 3/09

CFITrainer.net, 2009, Arc Mapping Basics

CFITrainer.net, 2009, Critical Thinking Solves Cases

CFITrainer.net, 2009, Effective Investigation and Testimony

CFITrainer.net, 2009, Ethics and the Fire Investigator

CFITrainer.net, 2009, Utilizing NFPA 1033 and 921

CFITrainer.net, 2009, Determining Responsibility in an Arson Case

CFITrainer.net, 2009, Digital Photography and the Fire Investigator

CFITrainer.net, 2009, Understanding Fire Through the Candle Experiments

CFITrainer.net, 2009, Post flashover Fires

CFITrainer.net, 2009, The Scientific Method for Fire and Explosion Investigation

CFI Trainer.net, 2008, Vacant and Abandoned Buildings: Hazards and Solutions

CFITrainer.net, 2008, Insurance and the Fire Investigation

CFITrainer.net, 2008, Managing Complex Fire Scene Investigations

CFITrainer.net, 2008, Introduction to Fire Dynamics and Modeling

**DAVID A. MAGER, C.F.I.**

CFITrainer.net, 2008, Documenting the Event

CFITrainer.net, 2008, A Ventilation-Focused Approach to the Impact of Building Structures and Systems on Fire Development

CFITrainer.net, 2008, Magne Tek: A Case Study In The Daubert Challenge

CFITrainer.net, 2007, Fire Investigator Scene Safety

CFITrainer.net, 2007, Physical Evidence at the Fire Scene

CFITrainer.net, 2007, Investigating Motor Vehicle Fires

CFITrainer.net, 2007, Introduction to Evidence