


**JOHN H. DIGGLE III, P.E., CFEI**
**PRINCIPAL CONSULTANT**

Mr. Diggle received his Bachelor of Science degree in Electrical Engineering from Cedarville University in 2000. During his professional career, he has participated in more than 500 forensic investigations. He has extensive experience in the inspection of electrical systems and appliances for the purpose of analyzing and evaluating potential electrical failure scenarios. He has provided technical assistance as well as expert opinions and testimony on matters involving residential, commercial, and industrial building fires, as well as vehicle fires, lightning damage, electrocutions, and arc flashes. He is proficient in electrical equipment grounding and consumer products failure analysis.

Mr. Diggle has also provided electrical design services for projects including the renovation of a 13-story residential building, the installation of a public high-school athletic field complex, and the renovation of a retirement-home facility. He has taught the electrical section of the "Fire and Arson Investigation" course for the University of Illinois Fire Service Institute.


**EDUCATION AND PROFESSIONAL ASSOCIATIONS**

B.S.E.E. – Cedarville University, 2000
Registered Professional Engineer – Illinois (Lic. 062.059440), Indiana (Lic. PE10910338), Wisconsin (Lic. 41332-006), Iowa (Lic. 20160), Missouri (Lic. 2010037118), Minnesota (Lic. 48652), Kentucky (Lic. 27798), Ohio (Lic. 75336), Michigan (Lic. 6201057888), Tennessee (Lic. 00115997), Mississippi (Lic. 20814), Louisiana (Lic. 37344)
Certified Fire and Explosion Investigator (Reg. No. 16069-8616)
Institute of Electrical and Electronics Engineers (IEEE) – Member
International Association of Electrical Inspectors (IAEI) – Member
International Association of Arson Investigators (IAAI) – Member
National Fire Protection Association (NFPA) – Member
National Association of Fire Investigators (NAFI) - Member


**EMPLOYMENT HISTORY**

| | |
|---|---|
| 2010 – Present | Rimkus Consulting Group, Inc. |
| 2002 – 2010 | Kragh Engineering, Inc. |
| 2001 | Trans World Radio |

JOHN H. DIGGLE, P.E.

**DETAILED PROFESSIONAL EXPERIENCE:**

**RIMKUS CONSULTING GROUP, INC.**                                   **2010 - PRESENT**

Senior Consultant

Mr. Diggle is responsible for investigating incidents involving electrical power and devices. He provides technical support at fire scenes to identify possible causes of electrical fires; conducts detailed examinations of electrical systems and appliances to determine if design, manufacturing or installation defects led to causal electrical failure; and handles investigations covering residential, commercial, and industrial facilities. Mr. Diggle is also experienced in evaluating electrocutions, electrical shocks/injuries, and lightning damage.

**KRAGH ENGINEERING, INC.**                                         **2002 - 2010**

Consulting Engineer

Mr. Diggle conducted hundreds of forensic investigations of electrical systems and appliances associated with fire, flood, and personal injury cases. He provided expert opinions for use in litigation.

**TRANS WORLD RADIO**                                   **JANUARY – SEPTEMBER 2001**

Engineering Assistant

Mr. Diggle assisted in the installation of a new recording studio. He also handled the responsibilities of general electrical maintenance for a radio station in Bonaire, Netherlands Antilles.

**TEACHING EXPERIENCE:**

Mr. Diggle served as instructor for the University of Illinois, Fire Service Institute (September – October 2002, October 2003).  He taught a seminar in the Fire and Arson Investigation coursework titled, "The Investigation of Electrical Fires."